In the Matter of the Application for an Order of Certiorari in Favor of EDWARD J. O'CONNOR and WILLIAM F. McGUINNESS, Respondents, against THE STATE BOARD OF PAROLE, Consisting of JOSEPH A. MOORE, Chairman, and Others,

Commissioners, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay dissolved. Decision held on motion for stay of further proceedings by respondent. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.